In the Matter of the Claim of ALINA KOPONEN, Respondent, against H. Z. ALTBERG, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— At the time of his injury and death the decedent was a journeyman electrician. He had not worked in the same employment during substantially the whole of the preceding year. In the same type of work, but in a different class, and in other employment, he had earned $952.40. The Industrial Board computed his annual earning capacity under subdivision 3 of section 14 of the Workmen's Compensation Law. This was done by adding decedent's earnings to those of two other journeyman electricians in the same locality during the preceding year, and dividing the total by three. In this way the Board concluded that it had given consideration to decedent's previous earnings and to those of other employees in the same class and in the same employment, and in the same locality. No proof was offered to show that the " other employees " were not selected by the claimant because of their unusual earnings, and the employer offered no proof that many electricians were unemployed during the year, or had substantially smaller earnings. Thus it cannot be said that the other employees whose earnings were considered with those of the decedent were not a fair average of earnings in that employment. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of KENNETH BURY, Respondent, against NEW YORK, ONTARIO AND WESTERN RAILWAY COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of JOSEPH F. GRAEF, Administrator, etc., of ELIZABETH GRAEF, Deceased, Arising Out of the Total Disability of OTTO GRAEF, Deceased, Appellant, against A. AARON, INC., and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of CHARLES L. JACOBI, Respondent, against SUPREME JUNIOR COAT CO., INC., and TRAVELERS INSURANCE COMPANY, Respondents, and JACOB SAMUELSON & COMPANY, INC., and ÆTNA LIFE INSURANCE COMPANY, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of MAE BETTINGER, Respondent, against FEDERAL CONCRETE CO., INC., and FORREST S. HART & SON, Alleged Employers, Jointly and Separately, and ÆTNA LIFE INSURANCE COMPANY, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of PHILIP EXELBERT, Appellant, against KLEIN & KAVANAGH, INC., and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs to the claimant against the employer and the insurance carrier. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of H. HAGLUND, Respondent, against THE BAYER COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied, with ten dollars costs to the claimant against the